APPEAL No. 75-30. ADAM FARKAS *v.* ALBERT M. SADLER *et al.* The plaintiff's motion to correct the record is denied. *Adam Farkas,* pro se, for defendant. *Leonard A. Kiernan, Jr., James A. Currier,* for defendants.

APPEAL No. 75-175. ROSCITI CONSTRUCTION Co., INC. *v.* LESLIE D. LEMIEUX, *Director et al.* This case is assigned to the calendar for April 11, 1977 at 9:30 a.m., for oral argument. The defendant, *Fanning & Doorley Construction Company, Inc.,* will be expected to *show cause* why its appeal should not be dismissed as moot. See *Perry* v. *Petit,* 116 R.I. 352 A.2d 396 (1976); *Tamborelli* v. *Amazine,* 113 R.I. 719, 326 A.2d 857 (1974). *Frank Licht, Richard A. Licht,* for plaintiff. *Julius C. Michaelson,* Attorney General, *J. Peter Doherty,* Special Asst. Attorney General. *Aram A. Arabian,* for defendants.

APPEAL No. 75-326. VIOLET M. CAVANAGH *v.* ROBERT D. CAVANAGH. The petitioner's motion to remand this case to the Family Court so that it may consider her motion for payment of utilities and maintenance of the real estate is granted. *Breslin, Sweeney & Gordon, Robert H. Breslin, Jr.,* for petitioner. *George Ajootian, Isidore Kirshenbaum, Anthony J. Bucci,* Co-Commissioners, for respondent.

APPEAL No. 76-102. JOSEPH A. LANCELLOTTI *et al. v.* ENRICO LANCELLOTTI *et al.* The plaintiffs' motion for special assignment is granted and this case is assigned to the calendar for May 5, 1977, 9:30 a.m., for oral argument. *Moses Kando, William G. Grande,* for plaintiffs. *Francis Cappalli,* for defendants.

APPEAL No. 76-172. JEAN-YVES DRANS *v.* PROVIDENCE COLLEGE. The motion of Trustees of Boston University to file an amicus curiae brief is granted. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler,* for plaintiff. *William F. McMahon,* for Providence College. *William B. Harvey,* for Trustees of Boston University, amicus curiae, for defendant.